Sept 30, 2015

Michael Ray Chandler #1875978
Estelle Unit 264 FM 3478
Huntsville Tx 77320

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

78,068-02

Re: 7/2/2015; 11.07 Writ of habeas corpus forwarded to you by Beeville County Clerk, Cause No. 5284-2  WR-78,068-02

Dear Court of Criminal Appeals,

Not long ago I received a card from you stating that the writ had been dismissed w/o court order & I just dont understand? Can you please explain in detail.

Second I had a complaint against the Beeville County Clerk & Court for violating due process for deliber- ately refusing to forward the writ to a higher court with- in the statue of time limitation. Notice that I filed the writ in Oct 2014 and the clerk filed it Jan 14, 2015 and it was finally forwarded to the Court of Criminal Appeals 7/2/2015. Theres a large gapp of unexplained reasons why the Beeville County Clerk refuse to forward the writ to you, theres a record in your files concerning the matter. I believe the Court was trying to hide the matter of error made concerning the perhaps wrongful conviction-

-over-

Can you please explain in detail what exactly has happened and what steps to take next.

Also I never received a copy of the writ of habeas corpus I'd filed, Can you please forward me a copy plus a copy of your courts decision of review & why.

Respectfully Submitted
Michael Ray Chandler Jr

P.S. I need a copy so I can forward it to the Federal Courts to review along with my 2254. I need written documentation of explanation of the Criminal Court of Appeals ruling for the same purpose.